## (February 10, 1959)

■ In the Matter of the Estate of ROBERT PULVERMACHER, Deceased. PHYLLIS ALTMAN et al., Respondents; ESTHER FEINBERG, Individually and as Surviving Trustee under the Will of ROBERT PULVERMACHER, Deceased,

et al., Appellants.— Decree so far as appealed from unanimously affirmed, with costs. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.